```
___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

      JAN 1 0 2017

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**REDACTED FOR**
**PUBLIC DISCLOSURE**

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR-17-00041-PHX-GMS(ESW) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153, 1111 and 2 (CIR-First Degree Murder, Aid and Abet) Count 1 |
| 1.  Roger Matthew James, | 18 U.S.C. § 371 (Conspiracy to Commit Robbery and Residential Burglary) Count 2 |
| 2.  Gabriel Michael Alvarez, and | |
| 3.  Ilene Marie Wahpeta, | |
| Defendants. | 18 U.S.C. §§ 1153, 2111 and 2 (CIR-Robbery, Aid and Abet) Count 3 |
| | 18 U.S.C. §§ 1153, 13, and 2 and A.R.S. § 13-1507 (CIR-Residential Burglary, Aid and Abet) Count 4 |
| | 18 U.S.C. §§ 924(c)(1)(A) and 2 (Use of a Firearm During a Crime of Violence, Aid and Abet) Counts 5-7 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about November 6, 2015, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, ROGER MATTHEW JAMES, GABRIEL MICHAEL ALVAREZ, and ILENE MARIE WAHPETA, all Indians, with malice aforethought, did unlawfully kill T. S. A., III, in perpetration of, or attempted

perpetration of Robbery, in violation of Title 18, United States Code, Sections 1153 and 2111, and Burglary of a Residential Structure, in violation of Title 18, United States Code, Sections 1153, 13 and Arizona Revised Statute, Section 13-1507.

In violation of Title 18, United States Code, Sections 1153, 1111 and 2.

## COUNT 2

On or about November 6, 2015, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, ROGER MATTHEW JAMES, GABRIEL MICHAEL ALVAREZ, and ILENE MARIE WAHPETA, and others known and unknown, conspired with each other to commit the following offenses against the United States: Robbery, in violation of Title 18, United States Code, Sections 1153 and 2111, and Burglary of a Residential Structure, in violation of Title 18, United States Code, Sections 1153, 13 and Arizona Revised Statute, Section 13-1507.

## OVERT ACT

In furtherance of the conspiracy and to affect the objectives thereof, and others known and unknown, performed the following overt acts, among others, within the District of Arizona:

(1) On or before November 6, 2015, ROGER MATTHEW JAMES, GABRIEL MICHAEL ALVAREZ, and ILENE MARIE WAHPETA, and others known and unknown, met and discussed robbing an individual of methamphetamine;

(2) On or about November 6, 2015, ILENE MARIE WAHPETA introduced D. M. and J. R. to ROGER MATTHEW JAMES and GABRIEL MICHAEL ALVAREZ in order to assist in robbing an individual of methamphetamine;

(3) On or about November 6, 2015, ILENE MARIE WAHPETA waited in the home of D. H. in order to provide information to ROGER MATTHEW JAMES, GABRIEL MICHAEL ALVAREZ, and others known and unknown;

(4) On or about November 6, 2015, ROGER MATTHEW JAMES, GABRIEL MICHAEL ALVAREZ, and others known and unknown, traveled to the home of D. H. in order to rob an individual of methamphetamine;

1     (5) On or about November 6, 2015, ROGER MATTHEW JAMES, GABRIEL

2         MICHAEL ALVAREZ, and others known and unknown, brought and carried a

3         firearm to the home of D. H. in order to effectuate the burglary and robbery.

4     In violation of Title 18, United States Code, Section 371.

5                           **COUNT 3**

6     On or about November 6, 2015, in the District of Arizona, within the confines of the

7 Gila River Indian Community, Indian Country, ROGER MATTHEW JAMES,

8 GABRIEL MICHAEL ALVAREZ, and ILENE MARIE WAHPETA, all Indians, did

9 take, or attempt to take, and aid and abet in the taking, from the presence of A. G.,

10 something of value, that is methamphetamine, a "per capita" card, or a cell phone, by

11 force and violence, or intimidation.

12     In violation of Title 18, United States Code, Sections 1153, 2111 and 2.

13                           **COUNT 4**

14     On or about November 6, 2015, in the District of Arizona, within the confines of

15 the Gila River Indian Community, Indian Country, ROGER MATTHEW JAMES,

16 GABRIEL MICHAEL ALVAREZ, and ILENE MARIE WAHPETA, all Indians, did

17 enter and remain unlawfully in the residence of D. H., and aid and abet in the entry, with

18 the intent to commit a theft or felony therein.

19     In violation of Title 18, United States Code, Sections 1153, 13 and 2 and Arizona

20 Revised Statutes, Section 13-1507.

21                           **COUNT 5**

22     On or about November 6, 2015, in the District of Arizona, ROGER MATTHEW

23 JAMES, GABRIEL MICHAEL ALVAREZ, and ILENE MARIE WAHPETA, during

24 and in relation to a crime of violence as defined in Title 18, United States Code, Section

25 924(c)(3), to wit: First Degree Murder, as alleged in Count 1, a felony prosecutable in a

26 court of the United States, did knowingly use, carry, possess, brandish, and discharge, in

27 furtherance of the crime of violence, a rifle, and aid and abet in such possession and use.

28     In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT 6

On or about November 6, 2015, in the District of Arizona, ROGER MATTHEW JAMES, GABRIEL MICHAEL ALVAREZ, and ILENE MARIE WAHPETA, during and in relation to a crime of violence as defined in Title 18, United States Code, Section 924(c)(3), to wit: Robbery, as alleged in Count 3, a felony prosecutable in a court of the United States, did knowingly use, carry, possess, brandish, and discharge, in furtherance of the crime of violence, a rifle, and aid and abet in such possession and use.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT 7

On or about November 6, 2015, in the District of Arizona, ROGER MATTHEW JAMES, GABRIEL MICHAEL ALVAREZ, and ILENE MARIE WAHPETA, during and in relation to a crime of violence as defined in Title 18, United States Code, Section 924(c)(3), to wit: Burglary, as alleged in Count 4, a felony prosecutable in a court of the United States, did knowingly use, carry, possess, brandish, and discharge, in furtherance of the crime of violence, a rifle, and aid and abet in such possession and use.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: January 10, 2017

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/

RAYNETTE M. LOGAN
Assistant U.S. Attorney

-4-